# Main Document

Case: 1:25-cv-04000-WAL-EAH   Document #: 1   Filed: 02/22/25   Page 1 of 1