# Main Document